**Order entered February 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00114-CV

## IN THE INTEREST OF H.W.G., A CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-55837-2009**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **GRANT** appellant's February 10, 2015 motion **TO THE EXTENT** that we **STAY**

the trial court's December 19, 2014 Order Concerning Visitation pending further order of this

Court.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE